DOMENICK DeSIMONE, Appellant, v. THE CITY OF NEW YORK, Respondent, and GOLDIE DANZIGER and YETTA STOCKMAN, Defendants.— In an action to recover damages for personal injuries suffered by the plaintiff, caused by his falling upon an icy sidewalk, the jury rendered a verdict in favor of the plaintiff in the sum of $400. Thereafter the court decided a motion to dismiss the complaint, upon which it had reserved decision, set the verdict aside and dismissed the complaint on the merits. Judgment reversed on the law and the facts, with costs, verdict of the jury reinstated, and judgment directed to be entered thereon. The accident happened on February 21, 1936. There was evidence from which the jury might find that the sidewalk was covered with ice three inches thick and that it was rough, uneven and choppy. There was also evidence that other walks on the same street were clean. The weather report shows that there had been no precipitation for approximately seventy-two hours prior to the accident. This evidence created questions of fact for the jury and it was error for the trial court to set aside the verdict and dismiss the complaint. Adel, Taylor and Close, JJ., concur; Lazansky, P. J., concurs in reversal of the judgment but dissents as to the reinstatement of the verdict and votes to grant a new trial, with the following memorandum: The verdict was rightly set aside because a finding by the jury that respondent had due notice of a dangerous condition was against the weight of the evidence. There should be a new trial; Hagarty, J., dissents and votes to affirm.

In the Matter of the Amended Petition of WILLIAM J. SCHROEDER to Prove the Last Will and Testament and Codicils of ELVIRA BEHNCKE, Late of the County of Kings, Deceased. H. RICHARD PANZER and CROSSWOOD W. PANZER, Appellants; WILLIAM J. SCHROEDER, Respondent.— Decree of the Surrogate's Court, Kings County, admitting to probate the will and codicils of testatrix, order denying appellants' motion to set aside the verdict and for a new trial, and order denying appellants' motion for an extension of time within which to file certain affidavits, unanimously affirmed, with costs to respondent, payable by appellants personally. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [172 Misc. 532.]

In the Matter of the Application of BOARDWALK & SEASHORE CORP., Respondent, against HARRIS H. MURDOCK, Chairman, BERNARD A. SAVAGE, CHARLES M. BLUM and Assistant Chief WALSH, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Order sustaining an order of certiorari and annulling the determination of the board of standards and appeals of the city of New York and directing appellants and the borough superintendent, department of housing and buildings of the borough of Queens, to issue a certificate of occupancy to respondent for the use of its premises as an outdoor parking space for more than five cars, unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [175 Misc. 208.]